# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

ASHLEY WASHBURN,           Case No. 1:10-cv-464

    Plaintiff,           Beckwith, J.
                              Bowman, M.J.

    v.

LAWRENCE COUNTY BOARD OF
COMMISSIONERS, et al.,

    Defendants.

## ORDER

Having failed to resolve a prior dispute as anticipated in the minute entry of January 31, 2012, the parties appeared today for a telephonic conference on three discovery-related motions: (1) the motion of Defendant Attitude Aviation for leave to conduct a Rule 35 Examination; (2) the motion off Plaintiff to compel Attitude Aviation to answer an interrogatory; and (3) Defendants' joint motion to extend certain expert disclosure deadlines.

The Court having reviewed the parties' motions and having heard oral argument, **IT IS ORDERED:**

    1. Defendant's motion for leave to conduct a Rule 35 examination (Doc. 66) and joint motion to extend Defendants' expert disclosure deadline (Doc. 72), are **GRANTED**, subject to the following conditions:

    a. Said exam must be completed on or before **March 2, 2012**;

    b. The requested vocational examination shall not exceed the time limitation of 2.5

hours;

c.  Dr. Kulick's report shall be disclosed not later than **March 16, 2012**, with the vocational expert to be made available for deposition prior to the close of discovery;

d.  All other objections presented by Plaintiff, including but not limited to the scope of the examination, are hereby overruled;

2. Plaintiff's motion to compel Defendant to respond to an outstanding interrogatory (Doc. 68) is **DENIED AS MOOT**;

3. Plaintiff shall identify and disclose the report of any rebuttal vocational expert on or before **March 30, 2012**, and shall make that expert available for deposition not later than **April 16, 2012**;

4.  All other deadlines remain unchanged.

 s/ Stephanie K. Bowman
Stephanie K. Bowman
United States Magistrate Judge